# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, an individual, | Case No: 1:11-cv-00298-AWI-SMS |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE DISCOVERY DEADLINES** |
| vs. | |
| HOME DEPOT U.S.A., INC. a Delaware corporation; AND DOES 1-10, inclusive, | **Trial:** July 17, 2012 |
| Defendant. | **Magistrate Judge:** Sandra M. Snyder |

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS ORDERED THAT:

1. The deadline for non-expert discovery is continued from December 21, 2011 to February 1, 2012;

2. The deadline for expert disclosure is continued from January 6, 2012 to February 17, 2012;

3. The deadline for supplemental expert disclosure is continued from

11cv0298.stipo
tin.ddls.cont.do

January 20, 2012 to March 2, 2012; and,

    4.    The deadline for expert discovery is continued from March 9, 2012 to April 20, 2012.

**All other dates remain as scheduled and set.**

IT IS SO ORDERED.

Dated:  **September 22, 2011**        **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE

11cv0298.stipo.Martin.ddls.cont.docx