# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC. a Delaware corporation; AND DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No: 1:11-cv-00298-AWI-SMS<br><br>**ORDER RE STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>**Trial:**　　　　July 17, 2012<br>**Magistrate Judge:**　Sandra M. Snyder |

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS ORDERED THAT:

　　1.　　The deadline for non-expert discovery is continued from December 21, 2011 to February 1, 2012;

　　2.　　The deadline for expert disclosure is continued from January 6, 2012 to February 17, 2012;

　　3.　　The deadline for supplemental expert disclosure is continued from

---

[PROPOSED] ORDER RE STIPULATION TO CONTINUE DISCOVERY DEADLINES

January 20, 2012 to March 2, 2012; and,

    4.    The deadline for expert discovery is continued from March 9, 2012 to April 20, 2012.

**All other dates remain as scheduled and set.**

IT IS SO ORDERED.

Dated:   **September 22, 2011**          **/s/ Sandra M. Snyder**
                                                            UNITED STATES MAGISTRATE JUDGE

11cv0298.stipo.Martin.ddls.cont.docx