1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MARTIN, an individual, | Case No: 1:11-cv-00298-AWI-SMS |
|---|---|
| Plaintiff, | **ORDER RE [AMENDED – Doc. 9] STIPULATION TO CONTINUE DISCOVERY DEADLINES** |
| vs. | (Doc. 13) |
| HOME DEPOT U.S.A., INC. a Delaware corporation; AND DOES 1-10, inclusive, | **Trial:** July 17, 2012 |
| Defendant. | **Magistrate Judge:** Sandra M. Snyder |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

1. The deadline for non-expert discovery is continued from February 1, 2012 to April 2, 2012;

2. The deadline for expert disclosure is continued from February 17, 2012 to April 17, 2012;

3. The deadline for supplemental expert disclosure is continued from March 2, 2012 to May 2, 2012; and,

4. The deadline for expert discovery is continued from April 20, 2012 to June 20, 2012.

5. The deadline to file a dispositive motion is continued from March 30, 2012 to May 30, 2012.

**\*\*** It should also be noted that, with these changes in deadline dates, the Pretrial Conference set 6/1/12 and Jury Trial set 7/17/12 (Doc. 8) will likely need to be continued as well, which can be discussed further at the conclusion of the Settlement Conference requested by counsel and set for 1/18/12 @ 10:00 a.m. (Doc. 14).

IT IS SO ORDERED.

Dated:   **January 6, 2012**                    **/s/ Sandra M. Snyder**
                                                           UNITED STATES MAGISTRATE JUDGE