**LAW OFFICES OF**
**WAGNER & JONES LLP**
Nicholas J.P. Wagner #109455
Andrew B. Jones #076915
Daniel M. Kopfman #192191
Lawrence M. Artenian #103367
Paul C. Mullen #216447
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

Attorneys for Plaintiff MICHAEL MARTIN

UNITED STATES DISTRICT COURT

EASTERN DIVISION - FRESNO

| | |
|---|---|
| MICHAEL MARTIN, | ) Case No. 1:11-CV-298 AWI SMS |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| vs. | ) |
| HOME DEPOT U.S.A., INC., a corporation, and DOES 1-25, inclusive, | ) |
| Defendants. | ) |

    **IT IS HEREBY STIPULATED** by and between Plaintiff, MICHAEL MARTIN, and Defendant, HOME DEPOT U.S.A., INC., that the Complaint filed herein shall be dismissed with prejudice.

Dated:  October 10, 2012        LAW OFFICES OF
                                          WAGNER & JONES LLP

                                          By:___/s/_____
                                              Andrew B. Jones
                                          Attorneys for Plaintiff

Dated:  October 1, 2012                    OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWARD, P.C.


                                           By:____/s/_____
                                               Michael J. Sexton
                                           Attorneys for Defendant


**ORDER**

 Based on the Stipulation of the parties hereto and good cause appearing therefor,

 **IT IS ORDERED** that the Complaint of Plaintiff, MICHAEL MARTIN, is dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.


IT IS SO ORDERED.

Dated:  October 10, 2012                   _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON  2